# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN O. TITSWORTH, | ) |
| Petitioner, | ) |
| v. | ) No. CIV 09-401-RAW-KEW |
| MIKE MULLIN, Warden, | ) |
| Respondent. | ) |

## ORDER AND OPINION
## DENYING CERTIFICATE OF APPEALABILITY

Petitioner has filed a notice of intent to appeal the court's order entered April 23, 2010, dismissing his petition for a writ of habeas corpus as barred by the statute of limitations. After a careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

Accordingly, petitioner is denied a certificate of appealability.

**IT IS SO ORDERED** this 5th day of May 2010.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE